NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

————————————

**BSG TECH LLC,**
*Plaintiff-Appellant*

**v.**

**BUYSEASONS, INC., nka Liberty BSI, Inc.,**
*Defendant-Appellee*

**RAKUTEN COMMERCE, LLC,**
*Defendant*

————————————

2017-1980

————————————

Appeal from the United States District Court for the Eastern District of Texas in Nos. 2:16-cv-00529-RWS and 2:16-cv-00530-RWS, Judge Robert Schroeder III.

————————————

**ON MOTION**

————————————

**O R D E R**

Upon consideration of the appellee's unopposed motion to reform the caption to reflect its change in name from BuySeasons, Inc. to Liberty BSI, Inc.,

IT IS ORDERED THAT:

2                         BSG TECH LLC v. BUYSEASONS, INC.


    The motion is granted to the extent that the official caption is revised as reflected above.

                    FOR THE COURT

                    /s/ Peter R. Marksteiner
                    Peter R. Marksteiner
                    Clerk of Court

s32